UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:                                                    Case No.
                                                          Chapter

Lincoln Place 1582 Inc. Debtor(s)
-----------------------------------------------------------x

## DECLARATION OF PRO SE DEBTOR(S)

All individuals filing for bankruptcy pro se (without an attorney), must provide the following information:

Name of Debtor(s): Okwudili Ekwueme  Lincoln Place 1582 Inc.  OE
Address: 17 Smith St Freeport NY 11520
Email Address: Realtime101@yahoo.com
Phone Number: (718) 877 5450

CHECK THE APPROPRIATE RESPONSES:

**FILING FEE:**

✓ PAID THE FILING FEE IN FULL

___ APPLIED FOR INSTALLMENT PAYMENTS OR WAIVER OF THE FILING FEE

**PREVIOUS CASES FILED**: 1._____ 2._____ 3._____

**ASSISTANCE WITH PAPERWORK:**

✓ NO ASSISTANCE WITH PREPARATION OF/FILING PETITION AND SCHEDULES

~~HAD ASSISTANCE WITH PREPARATION OF/FILING PETITION AND SCHEDULES~~ OE

If Debtor had assistance, the following information must be completed:

   Name of individual who assisted: _____

   Address: _____

   Phone Number: (____) _____

   Amount Paid for Assistance: $_____

I/We hereby declare the information above under the penalty of perjury.

Dated: 05-31-2018                            _____
                                             Debtor's Signature

                                             _____
                                             Joint Debtor's Signature